# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil No. 1:14-cv-1989 (JEB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

Pursuant to the Court's March 6, 2015, Order, Plaintiff, Jason Leopold ("Plaintiff") and Defendant, Central Intelligence Agency ("Defendant") (collectively the "Parties") hereby submit the following Status Report. On March 4, 2015, Defendant filed a Motion explaining that Defendant had completed its search for responsive records and requesting that it be permitted to file a Status Report in sixty (60) days. Since that time, Defendant has worked to review the responsive records netted in its search and redact applicable documents in preparation for release. Defendant now anticipates beginning its release of documents on or before Wednesday, May 6, 2015 and anticipates releasing documents on a rolling basis. Defendant anticipates completing its redaction and release of applicable documents within forty-five (45) days. The Parties, accordingly, request that they be permitted to file an additional Status Report within forty-five (45) days stating whether Defendant has completed its review and release of documents and how the parties wish to proceed. The Parties, therefore, request that the Court enter an Order directing the Parties to file a further Status Report in forty-five (45) days.

Dated: May 4, 2015
      Washington, DC

                                    Respectfully Submitted,


                                    VINCENT H. COHEN, JR. D.C. Bar #471489
                                    Acting United States Attorney
                                    for the District of Columbia

                                    DANIEL F. VAN HORN, D.C. Bar #924092
                                    Civil Chief

                                    By: */s/ Carl E. Ross*   _____
                                    CARL EZEKIEL ROSS, D.C. Bar #492441
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    Tel:   (202) 252-2533
                                    Fax:   (202) 252-2505

                                    Attorneys for Defendant